HEIDEMANN, Appellant, vs. HEIDEMANN, Respondent.

For the appellant: *Alfred C. Rudolph,* attorney, and *Wallace H. Hahn,* of counsel, both of Milwaukee.

For the respondent: *Nohl, Nohl & Petrie* of Milwaukee.

*By the Court.*—Order affirmed.

JAMES, Respondent, vs. HOLTZ and another, Appellants.

For the appellants: *Whaley & Paulsen* of Racine.

For the respondent: *Thorson & Seymour* and *Thomas R. Amlie,* all of Elkhorn.

*By the Court.*—Judgment affirmed.